JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gennady Rayzberg<br><br>       Plaintiff,<br><br>v.<br><br>BMW of North America, LLC<br><br>       Defendants. | Case No. CV 19-00490-AB (JCx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **10 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 28, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE